**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TEZZIE DUNLAP,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:19-CV-0658** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **WILLIAM NICKLOW**, *et al.,* : | |
| : | |
| **Defendants** : | |

**O R D E R**

**AND NOW**, this **8th** day of **MAY 2019**, upon consideration of Mr. Dunlap's motion for appointment of counsel (ECF No. 2), the motion is denied without prejudice.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**