# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEZZIE DUNLAP, | No. 3:19-CV-0658 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WILLIAM NICKLOW, *et al.*, | |
| Defendants. | |

## ORDER

**JUNE 2, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's fourth motion for appointment of counsel (Doc. 36) is **DENIED** without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge