# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEZZIE DUNLAP, | : | Civil No. 3:19-CV-0658 |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM NICKLOW, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 30th day of March, 2021, in accordance with the accompanying Memorandum issued this day, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss the second amended complaint, Doc. 41, is **DENIED**.

2. Defendants shall file an answer to the amended complaint in accordance with the Federal Rules of Civil Procedure.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
